Filed 3/11/15  P. v. Madha CA2/5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>MOHMOOD ISMAIL MADHA,<br><br>    Defendant and Appellant. | B255337<br><br>(Los Angeles County<br>Super. Ct. No. BA417137) |

        APPEAL from a judgment of the Superior Court of Los Angeles County, Fred N. Wapner, Judge.  Affirmed.

        Ari Dybnis, under appointment by the Court of Appeal, for Defendant and Appellant.

        No appearance for Plaintiff and Respondent.

A jury convicted defendant, Mohmood Ismail Madha, of assault with a deadly weapon. (Pen. Code, § 245, subd. (a)(1).) Defendant brandished a knife at Sandra Perez on October 8, 2013. The trial court suspended imposition of sentence and placed defendant on three years' probation. We appointed counsel to represent defendant on appeal. After reviewing the record, appointed appellate counsel filed an opening brief in which no issues were raised. Instead, appointed appellate counsel requested this court independently review the entire record on appeal pursuant to *People v. Wende* (1979) 25 Cal.3d 436, 441. (See *Smith v. Robbins* (2000) 528 U.S. 259, 277-284.) On January 26, 2015, we advised defendant that he had 30 days within which to personally submit any contentions or arguments he wished us to consider. No response has been received. We have examined the entire record and are satisfied appointed appellate counsel has fully complied with his responsibilities.

The judgment is affirmed.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

TURNER, P.J.

We concur:

KRIEGLER, J.

GOODMAN, J.*

---

\* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.